McGREGOR W. SCOTT
United States Attorney
TANYA B. SYED
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JEREMY ELGUEZ,<br><br>                              Defendant. | CASE NO.  2:20-MJ-053-AC<br><br>[~~PROPOSED~~] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: June 5, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Edmund F. Brennan |

        The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on June 2, 2020.  The

Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

5.1(d) of the Federal Rules of Criminal Procedure.

        Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

of justice served by granting this continuance outweigh the best interests of the public and the defendant

in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would

not adversely affect the public interest in the prompt disposition of criminal cases.

        THEREFORE, FOR GOOD CAUSE SHOWN:

        1.        The date of the preliminary hearing is extended to June 12, 2020, at 2:00 p.m.

2.      The time between June 5, 2020, and June 12, 2020, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.      Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:   June 3, 2020

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE