1  McGREGOR W. SCOTT
   United States Attorney
2  TANYA B. SYED
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:20-MJ-053-AC
12 |                    Plaintiff,    | [PROPOSED] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY
13 |              v.                  | HEARING PURSUANT TO RULE 5.1(D) AND EXCLUDING TIME
14 | JEREMY ELGUEZ,                   |
                                       DATE: June 12, 2020
15 |                    Defendant.    | TIME: 2:00 p.m.
                                       COURT: Hon. Edmund F. Brennan
16

17

18     The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19 Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on June 11, 2020. The

20 Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

21 demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

22 5.1(d) of the Federal Rules of Criminal Procedure.

23     Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24 of justice served by granting this continuance outweigh the best interests of the public and the defendant

25 in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would

26 not adversely affect the public interest in the prompt disposition of criminal cases.

27     THEREFORE, FOR GOOD CAUSE SHOWN:

28     1.     The date of the preliminary hearing is extended to June 26, 2020, at 2:00 p.m.

[PROPOSED] FINDINGS AND ORDER                    1

2. The time between June 12, 2020, and June 26, 2020, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: June 11, 2020

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE