McGREGOR W. SCOTT
United States Attorney
TANYA B. SYED
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY ELGUEZ,<br><br>Defendant. | CASE NO. 2:20-CR-092-JAM<br><br>STIPULATION REGARDING RESTITUTION; FINDINGS AND ORDER<br><br>DATE: February 9, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a restitution hearing on February 9, 2021.

2. Pursuant to the defendant's plea agreement, the defendant agreed that his conduct was governed by the Mandatory Victim Restitution Act and required mandatory restitution pursuant to 18 U.S.C. § 3663A(c)(1)(A)(ii), and agreed to pay the full amount of restitution to all victims affected by this offense. ECF 36.

3. The government has received a victim impact statement from the United States Postal Service, attached hereto as Exhibit A, requesting $3,815.40 as restitution in this matter. The government has not received victim impact statements from any other victims as of the date of this stipulation.

4. By this stipulation, defendant agrees to pay restitution to the United States Postal Service

for $3,815.40.

5.  The parties agree and stipulate, and request that the Court find that the defendant pay restitution of $3,815.40 to the United States Postal Service pursuant to the Mandatory Victim Restitution Act.

6.  The parties further request that the restitution hearing set for February 9, 2021 be vacated.

IT IS SO STIPULATED.

Dated:  February 4, 2021                     McGREGOR W. SCOTT
                                             United States Attorney

                                             /s/ TANYA B. SYED
                                             TANYA B. SYED
                                             Assistant United States Attorney

Dated:  February 4, 2021                     /s/ HANNAH LABAREE
                                             HANNAH LABAREE
                                             Counsel for Defendant
                                             JEREMY ELGUEZ

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 4th day of February, 2021.

                                             /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE