**FILED**
July 09, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

 v.

JEREMY ELGUEZ,

   Defendant.

Case No. 2:20-cr-00092-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  JEREMY ELGUEZ , Case No. 2:20-cr-00092-JAM , Charge 18 U.S.C. § 3606, from custody for the following reasons:

 _____ Unsecured Appearance Bond $ _____

 _____ Appearance Bond with 10% Deposit

 _____ Appearance Bond with Surety

 _____ Corporate Surety Bail Bond

 __X__ (Other):**TIME SERVED.**

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

DATED: July 09, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE